IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JOHNNY ALAN CORBIN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 3:19-CV-1275 |
|  | ) |  |
| TYSON FOODS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**PLAINTIFF'S SECOND MOTION FOR LEAVE TO
AMEND SCHEDULING ORDER**

Plaintiff now seeks leave to amend this Court's Scheduling and Discovery Order. (Docs. 20 and 20-1). Plaintiff previously filed a motion to amend the scheduling order, but there were three typographical errors that resulted in the motion's denial. (Docs. 25 and 27). Plaintiff has corrected those errors. In addition, plaintiff and defense counsel have spoken and the defendant does not oppose this motion. Plaintiff seeks an additional 60 days be added to the following discovery and trial dates:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff deposition | September 18, 2020 | November 20, 2020 |
| Defendant deposition | September 18, 2020 | November 20, 2020 |
| Plaintiff expert disclosure | October 5, 2020 | December 5, 2020 |
| Defendant expert disclosure | November 5, 2020 | January 5, 2021 |
| Discovery completion | December 7, 2020 | February 8, 2021 |
| Dispositive motions | December 22, 2020 | February 23, 2021 |

1

| | | |
|---|---|---|
| Final pre-trial conference | March 24, 2021 | May 2021 |
| Presumptive Trial Month | April 2021 | June 2021 |

The covid19 pandemic and unavailability of a key defense witness have prevented the parties from conducting discovery. Plaintiff and Defendant exchanged initial discovery requests the first week of July. Plaintiff provided responses on September 8, 2020. Defendant has represented that a key fact witness has been unavailable to be interviewed due to medical illness and did not provide its responses until October 2, 2020.

Counsel for plaintiff anticipates discovery disputes—very common in employment cases—to arise that will further require briefing and the court's attention, and possible delays arranging travel and discovery dates due to the pandemic.

Plaintiff seeks the above amended dates be adopted and/or that the Court advise the parties on additional dates that would allow the completion of needed discovery.

Dated: October 12, 2020

Respectfully submitted,

CARTER LAW FIRM, LLC

*/s/ B. Kyle Bass*
Jase Carter, Mo. Bar No. 63752 (*Pro Hac Vice*)
B. Kyle Bass (IL# 6315204)
3407 S. Jefferson Ave., #109
St. Louis, MO 63118
(314) 675-1350
(314) 310-3386 (fax)
jase@carterfirm.law
kyle@carterfirm.law

*Attorneys for Plaintiff Alan Corbin*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served by the Court's electronic filing system on October 12, 2020 on all counsel of record.

                                              <u>/s/ B. Kyle Bass</u>
                                              *Attorney for Plaintiff*