IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY ALAN CORBIN, **Plaintiff,** v. TYSON FOODS, INC., a foreign Corporation, **Defendant.** | Case No. 19-CV-01275-SPM |

# ORDER AMENDING SCHEDULING AND DISCOVERY ORDER

**MCGLYNN, District Judge:**

Plaintiff Johnny Alan Corbin has filed a Motion to Amend/Correct the Scheduling Order (Doc. 28). Defendant Tyson Foods, Inc. does not oppose the Motion. Having reviewed the Motion, the Court approves it and **AMENDS** the previous Scheduling Order in the following ways:

1. Plaintiff's deposition shall be taken by November 20, 2020.

2. Defendant's deposition shall be taken by November 20, 2020.

3. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    Plaintiff's expert(s): December 5, 2020.

    Defendants' expert(s): January 5, 2021.

4. Discovery shall be completed by February 8, 2021 (which date shall be no later than 115 days before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the

      full 30 days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

5.    All dispositive motions shall be filed by February 23, 2021 (which date shall be no later than 100 days before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

6.    The **Final Pretrial Conference** is set for **May 11, 2021 at 1:30 PM** and **Presumptive Jury Trial Month** is set for **June 2021** before U.S. District Judge Stephen P. McGlynn in East St. Louis, Illinois.

**IT IS SO ORDERED.**

**DATED: October 14, 2020**

                                                     **s/ Stephen P. McGlynn**
                                                   **STEPHEN P. MCGLYNN**
                                                   **U.S. District Judge**